FILED / ENTERED ✓   RECEIVED / SERVED ON COUNSEL/PARTIES OF RECORD

JUL 2 8 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-491-GMN-PAL |
| ) | 2:10-CR-492-GMN-GWF |
| ERIC HERRINGTON, ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On April 20, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 922(g)(1); Title 18, United States Code, Section 924 (d)(1), and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant ERIC HERRINGTON to a criminal offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant ERIC HERRINGTON pled guilty. Docket #1, #21, #22, #24.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 24, 2011, through to May 23, 2011, notifying all known third parties of their right to petition the Court. #25.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1  This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 922(g)(1); Title 18, United States Code, Section 924 (d)(1), Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a.    a Mossberg, Model 500, 12-gauge shotgun, serial number K541441; and

    b.    a Remington, Model 700, 30-06-caliber rifle, serial number E6396614.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this _28_ day of _July_, 2011.

_____
UNITED STATES DISTRICT JUDGE